478 A.2d 117

Commonwealth v. King, Appellant.

 Submitted May 4, 1984. Catherine A. Porter, for appellant; Thomas G. Mundhenk, Assistant District Attorney, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment affirmed.